BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-01349-LJO-GSA |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST TO CONTINUE** |
| ) | **SCHEDULING CONFERENCE AND** |
| v. ) | **ORDER THEREON** |
| ) | |
| APPROXIMATELY $9,500.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Navy Riel, and his counsel of record, as follows:

   Claimant Navy Riel filed his claim and answer to the complaint on August 20, 2009. Claimant's counsel, Anthony Capozzi, is unavailable for the present Scheduling Conference and due to Mr. Capozzi's trial calendar, will not be available until February 2010. Accordingly, the parties request that the Scheduling Conference scheduled for December 1, 2009 at 9:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be continued to February 8, 2010 at 9:00 a.m.

                                                          Respectfully submitted,

Dated: November 30, 2009                                  BENJAMIN B. WAGNER
                                                          United States Attorney


                                                           /s/ Deanna L. Martinez
                                                          DEANNA L. MARTINEZ
                                                          Assistant United States Attorney

1

2  Dated: November 30, 2009                          /s/ Anthony P. Capozzi
3                                                   ANTHONY P. CAPOZZI
                                                    Attorney for Claimant Navy Riel
4                                                   (Original signature retained by attorney)

5

6      IT IS SO ORDERED.

7      **Dated:   November 30, 2009**                       **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE SCHEDULING            2
CONFERENCE AND ORDER THEREON